ENNEVER, Guardian, Respondent, v. OGDIE, Appellant.

(183 N. W. 130.)

(File No. 4882. Opinion filed June 2, 1921.)

**Indecent Assault—Suit for Damages—Finding of Damages, Evidence Held Sufficient.**

> In a suit by a guardian of a minor child, about 13 years of age, to recover damages for an alleged indecent assault by defendant upon the person of said minor, **held**, that the evidence was amply sufficient to sustain a verdict in $1,250.00 for plaintiff, the verdict not being excessive.

> Polley, P. J., not sitting.

Appeal from Circuit Court, Minnehaha County.   Hon JOHN T. MEDIN, Judge.

Action by May Ennever, as guardian of Dorothy Rigdon, a minor child, to recover damages for an alleged indecent assault made by defendant upon the person of said minor child. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed.

*Skinner & Bartelt,* for Appellant.

*Christopherson, Melquist & Davenport,* for Respondent.

McCOY, J.   This action was instituted by plaintiff, as the guardian of one Dorothy Rigdon, a minor child about 13 years of age, to recover damages on account of an alleged indecent as-

sault made by defendant upon the person of said minor child. There was verdict for plaintiff. From a judgment based on said verdict defendant appeals.

The principal contention of appellant is that the evidence was not sufficient to sustain said verdict. We are of the opinion that the evidence was amply sufficient to sustain such verdict, and that such verdict is not excessive. It will serve no useful purpose to repeat or further refer to the evidence. All the assignments of error have been carefully examined and considered.

Finding no prejudicial error in the record, the judgment and order appealed from are affirmed.

POLLEY, P. J., not sitting.